FILED
 2012 Nov-09 PM 12:18
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROLAND ENGRAM,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:12-CV-1022-RDP |
| **MIDLAND FUNDING LLC, et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

This matter is before the court on Plaintiff's Motion to Dismiss All Defendants With Prejudice (Doc. # 10), filed by Plaintiff on November 9, 2012. Upon consideration of the matters presented in the motion, and for good cause shown, the Motion (Doc. # 10) is **GRANTED**. The court hereby **ORDERS** that Plaintiff's claims in this action against all Defendants shall be, and are, **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

DONE and ORDERED this ___9th___ day of November, 2012.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE